App. Div.]        First Department, December, 1914.

Pine E. Bush v. Marion Bush.— Motion granted.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

William A. Brady v. Abraham L. Erlanger.— Motion denied, with ten dollars costs.   Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

McClure Newspaper Syndicate v. Times Printing Company of Seattle.— Motion denied, with ten dollars costs.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Voron & Chait, Incorporated.— Appeal dismissed, unless appellant complies with terms stated in memorandum per curiam. Order to be settled on notice.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Fenella Burrell v. The City of New York.— Motion denied, with ten dollars costs.   Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Michael H. Harris.— Additional charges referred to Hon. John J. Freedman, official referee.  Order to be settled on notice. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of William H. Maginnis.— Respondent disbarred.  Order to be settled on notice.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Albert E. Rahm— Referred to Hon. Henry A. Gildersleeve, official referee.  Order to be settled on notice.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Albert E. Rahm.— Motion granted in so far as to authorize a commission to issue to a commissioner in the city of Washington, D. C., to take testimony upon written interrogatories to be annexed to the commission; petitioner to be allowed to join in the commission.  In other respects, motion denied.  No stay of proceedings granted.  Order to be settled on notice.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Amos H. Evans.— Referred to Hon. John J. Freedman, official referee.  Order to be settled on notice.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Eugene C. Williams v. St. Christopher Club of New York, Incorporated. — Motion denied with ten dollars costs, and stay contained in order to show cause of November nineteenth, vacated.  Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Max Miller.— Referee's report approved.  Order to be settled on notice.  Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

In the Matter of Albert J. Rifkind.— Referred to Hon. H. A. Gildersleeve, official referee.   Order to be settled on notice.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Augustus G. Vanderpoel.— Referred to Hon. John J. Freedman, official referee.   Order to be settled on notice.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Application of The City of New York, Respondent,